FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 APR 22 PM 4:47

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER, 80239 COLORADO

Plaintiffs,
PATRICIA LORRAINE DILWORTH
LATONYA DENISE DAVIS
CURTIS MEEKS JR.
ANITA JEAN DILWORTH
PATRICA MARIE KNOUKNOU
TIAMIKE LYNN WELLS
BRITTNEY KAY VELASQUEZ
MARTICE BRE'ANNE MOSBY JOHNSON
NEFATURIA AUSHANY BENNETT
ERIN MICHAEL CARTER
KRISTOFER CREIGHTON DAVIS
BRANMDON ANTONE ROBINSON

Vs.
MAYOR ADAM PAUL
PEOPLE FOR THE STATE OF COLORADO
THE CITY OF LAKEWOOD
LAKEWOOD POLICE DEPARTMENT
JEFFERSON COUNTY COMBINED COURTS
UNITED STATES DISTRICT OF COLORADO FOR THE DISTRICT OF COLORADO
CHIEF EDWARD ALORA
SERGEANT TIM JACOBSON
SERGEANT TURNBULL
DETECTIVE TEMPLETON
RECRUIT AGWNT SHERRY
VICTIM ADVOCATE ASSISTANCE JANELLE GUERRERO
AGENT IRENNAH TYLER REPORTING OFFICER 2187
AGENT SENTURY ROHR 6464
HOMICIDE DETECTIVE SARAH POELLOT 2049
ROBBERY HOMICIDE DETECTIVE BRYAN FIEK 1817
COMMANDER RANDY MCNITT INVESTGATION HOMICIDE DIVISON 1694
Jointly and severally,

Defendants

1

## COMPLAINT

COMES NOW, LaTonya Denise Davis, by and through the undersigned as Pro'Se counsel, and shows the Court the Following:

### 1. **JURISDICTION AND VENUE**

a.    This action arises under the United States Constitution and Federal law under 42 U.S.C. §§ 1983, 1985, 1986, and 1988. This court has authority:

b.    Over the Plaintiff's claims arising under the United States Constitution and federal law pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1331, This action arises under the United States Constitution and Federal law under section3282 title 18, 42 U.S.C. Statue 1983,1985,1986,

c.    Title 18. Criminal Code 18-2-201 Conspiracy Act Title 18, U.S.C., Section 241 - Conspiracy Against 241 - Conspiracy Against Rights Title 18, U.S.C., Section 242 – Deprivation of Rights Under Color of Law:  Rights Title 18, U.S.C., Section Civil Rights Laws and Police Misconduct Federal Civil Rights Statutes Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act Title 18, U.S.C., Section  The Defendants should be Federally Indicted on all Civil and Criminal charges under Civil liability for conspiracy arises when two or more persons conspire to do an unlawful act and injury is caused to another from the commission of that act. The liability for Civil Conspiracy is damages.

d.    **Section 18-8-610.5** Tampering with a deceased human body, a person commits tampering with a deceased human body if, believing that an official

proceeding is pending, in progress, or about to be instituted and acting without legal right or authority, the person willfully destroys, mutilates, conceals, removes, or alters a human body, part of a human body, or human remains with intent to impair its or their appearance or availability in the official proceedings Tampering with a deceased human body is a class 3 felony. A defendant may not be convicted of both tampering with a deceased human body, as described in subsection (1) of this section, and abuse of a corpse, as described in,

e.   Section 18-13-101 (1), if the act arises out of a single incident. If a defendant is charged with both tampering with a deceased human body, as described in subsection (1) of this section, and abuse of a corpse, as described in section 18-13-101, the court shall proceed pursuant to section 18-1-408. *Source: Section 18-8-610.5 — Tampering with a deceased human body*, https://leg.-colorado.gov/sites/default/files/images/olls/crs2023-title-18.pdf (accessed Oct. 20, 2023).

f.   Murder in the first-degree Stat. 18-3- 101-107, **Section 18-3-103** Murder in the second degree,

g.   **Section 18-3-104** Manslaughter,

h.   **Section 18-3-105 Penal Code Section 42.08** Abuse of Corpse,

i.   Criminally negligent homicide   **Section 18-3-202**

j. Assault in the first-degree **Murder** **Section 18-3-301** First degree kidnapping.

k. **Section 18-1.3-406** Mandatory sentences for violent crimes

l. **18-3-102 C.R.S.):** Premeditated or knowing killings.

m. Stat 18- 3-105 **Criminally** negligent Homicide,

n. **Civil Rights Act of 1871**, the **Third Enforcement Act**, or simply the **Ku Klux Klan Act**.,

o. **H.R.55 - Emmett Till Antilynching Act,**

p. 42 U.S.C. §274e. Organ Trafficking, C.R.S. Stat

q. 18-8-105 Accessory to Crime **Section**

r. **18-3-206** Menacing,

CO was enacted by Title IX of the Organized Crime Control Act of 1970 (Pub. L.Tooltip Public Law (United States) 91–452, 84 Stat. 922, enacted October 15, 1970), and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968.RIVenue is proper in the United States District Court for the District Colorado pursuant to 28 U.S.C. § 1391(b)(1) because all defendants reside within this District, and pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred within this District. The acts alleged herein were done by the Defendants under the color and pretense of state law, statutes, ordinances, regulations, and customs.

Section **18-3-105 C.R.S.** of the Colorado criminal code states that: *Any person who*

*causes the death of another person by conduct amounting to* **criminal**

**negligence** *commits criminally negligent homicide, which is a Crime.*

## 2. PARTIES

Plaintiff, LaTonya Denise Davis is a natural person who was residing at 8854 W. Center Avenue, Lakewood, Colorado 80226, United States of America; and was a resident of Colorado during all relevant times of this action. All the Plaintiff s were always relevant to the matter in the State of Colorado during this matter., Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry were, always material to this Complaint, duly appointed police officers, Mayor and Employees,  acting in their official capacity, within the course and scope of their employment, and acting under color of law.  Defendants, Mayor Adam Paul, People for the State of Colorado, the Lakewood Police and Detectives, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry were always relevant  material in the matter in the State of Colorado , Mayor Adam Paul, People for the State of Colorado, the Lakewood Agents and Detectives, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry the City of

Lakewood, is a municipality, organized under the laws of the State of Colorado. It is responsible for the policies, procedures, and practices implemented through its various agencies, agents, departments, and employees, and for injury and death occasioned thereby. It was also the public employer of Defendants, Mayor Adam Paul, People for the State of Colorado, the Lakewood Agents and Detectives, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNitt Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, are all involved in the Abduction and Murder of Mrs. Patricia Lorraine Dilworth.

3. Plaintiff sues all public employees in their official and individual capacities. At all times material to this Complaint, the actions of Mayor Adam Paul, People for the State of Colorado, the Lakewood Agents and Detectives, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, were under color of the statutes, ordinances, customs, and usage of the State of Colorado, City of Lakewood and its police department.

<u>4. STATEMENT OF FACTS</u>

On January 5, 2023, Mrs. Patricia Lorraine Dilworth was at the T-Mobile telephone store located at 7850 Alamedas Blvd in Lakewood, Co 80226 when the staff believed that Mrs. Dilworth was having complications due to shortness of breath, the Lakewood Police was called and dispatched to the location along with the Metro West Fire Department, Mrs. Dilworth was transported to Saint Anthonys Hospital where she spent 15 hours there alone without any FAMILY by her side,

6

Mrs. Dilworth was **PARAINOID BIPOLAR SCHIZOPHRENIC** Mrs. Dilworth saw three

doctors and six nurses.  The Plaintiff Mrs. Davis received a call from Katlin from the ER.

department at Saint Anthonys hospital on January 6, 2023 at 10:45 in the morning stating that

her Mother Mrs. Dilworth was in the ER, and she had been there a fifteen Hours, Katlin stated

Mrs. Dilworth wanted the PALINTFF to pick up her house keys, so that  Mrs. Davis could go

feed the children that Mrs. Dilworth stated she had the night before in her apartment alone. Mrs.

Dilworth was an Elderly 69 year African American Woman, Mrs. Davis arrived at the hospital

only to hear her Mother screaming and yelling all the top of her lungs, Mrs. Davis approached

Mrs. Dilworth only to find out that she was terrified for her LIFE, Mrs. Dilworth stated the

Police were trying to KILL her, Mrs. Dilworth knew she was in danger.  Mrs. Dilworth was

discharged against the Plaintiffs advice, the Plaintiff helped Mrs. Dilworth get dressed the

Plaintiff drove Mrs. Dilworth home located at the Belmar Grove apartments, 259 Teller

Lakewood, Co 80226 the Plaintiff walked her Mother Mrs. Dilworth inside of her apartment, the

Plaintiff told Mrs. Dilworth that she would see her the next day. The Plaintiff called Mrs.

Dilworth Saturday at 11:00 am so that she could take her mother shopping there was NO answer,

the Plaintiff hung up and called later there was still no answer, the Plaintiff drove to Mrs.

Dilworth apartment, Mrs. Dilworth was not there. Sunday the eighth, the Plaintiff drove to her

apartment again, there was still no answer, the Plaintiff thought Mrs. Dilworth was with her

youngest daughter Tiamike Lynn Wells. Plaintiff left and decided to send her daughter Brittney

K. Velaquez to check on her grandmother Mrs. Dilworth. Mrs. Dilworth was still unavailable.

Monday January 9, 2023, the Plaintiff called the Lakewood Police Department, located less than

5 mins from where Mrs. Dilworth resided. Agent Irennah Tryler and Sentury showed up 30 mins

later, both agents asked the Plaintiff if she looked inside of her mother's apartment yet? The Plaintiff stated no she had not because the maintenance person and the apartment manager would not let her in the apartment. The Plaintiff eventually looked inside her mother's apartment where everything looked out of place Mrs. Dilworth wallet was on the table, Mrs. Dilworth cane and walker were up against the door, Mrs. Dilworth balance was terrible, the Plaintiff looked everywhere in the apartment however Mrs. DILWORTH was Nowhere to be found, in plain sight. The maintenance man locked the door, Mrs. Davis walked out with the two Lakewood Agents, Plaintiff was given a case number, about 30 to 45 mins later Mrs. Davis received a call from Detective Sarah Poellot from the Homicide Team  Detective Poellot stated that the Lakewood police department usually finds homeless people that have walked away from their homes, because they have Dementia, and they like to **CRAWL inside of a 18' CULVERT PIPES** TO GET WARM!!! Detective Sarah Poellot stated we always find their bodies FROZEN inside of an eighteen pipe on CDOTS property, they always come up as JANE or JOHN DOES, and there is never a next of KIN!! A few days went by Mrs. Davis called the Police Department and stated that she knew the Lakewood Police, the City of Lakewood, Mayor Adam Paul, People for the State of Colorado had killed her mother. Mrs. Dilworth had a slumlord that she dealt with for 18 years, Mrs. Dilworth could not flush her toilet, this property is run by the City of Lakewood, Mayor Adam Paul, runs that office. Plaintiffs got a visit at their house in Lakewood on February 1, 2023, from Melinda Rose Jefferson County Coroner's Office, Detective Sarah Poellot, Detective Bryan, and Janelle Guerrerro from Victims assistant from  the Lakewood Police department, Melinda Rose stated that the deceased Mrs. Dilworth had been located by Detective Sarah Poellot who was standing in the Plaintiffs house 25 mis before speaking, Mrs.

Dilworth was allegedly found inside of a 18' PIPE that Detective Sarah Poellot spoke about 3.5

weeks PRIOR,  Mrs. Davis asked if they were sure if they had Mrs. Dilworth's body? Everyone

stated yes at the same time, the Plaintiff asked if Mrs. Dilworth had any wounds on her again all

four people stated NO!! Plaintiff asked if she could see her mother? Everyone stated NO, Mrs.

Dilworth was ABDUCTED at 4:36 in the Morning according to the video footage that was

provided by Mr. Nelson Gomez, when Detective Sarah Poellot knocked on his front door

February 1, 2023, National Klan month to ask for a copy of the footage. Plaintiff and her Family

followed the Defendants Det. Sarah Poellot, Det, Bryan Feik and Commander Randy McNitt to

the alleged apartment complex where they state they spoke with the apartment manager in two

different police reports, this property is a dumping site for the People for the State of Colorado,

the City of Lakewood, the Lakewood Police Department, the Jefferson County Corners Office,

the neighbors call this property the **DEVILS PLAYGOUND!** The Plaintiff spoke with the

apartment Mgr. Aurora Cheches, Plaintiff recorded this conversation with Ms. Cheches

permission, Mrs. Davis submitted the recording as evidence. The Plaintiffs had a meeting at the

City of Lakewood's Police department with Det. Sarah Poellot, Det. Bryan Feik, and

Commander Randy McNitt, Mrs. Davis was recording the conversation on February 1, 2023, the

defendants asked the family if we would to see where the drunken, drugged out white male

found Mrs. Dilworth inside of the PIPE?  Plaintiff Mrs. Davis STATED, wait I thought Det.

Poellot found our mother? We gathered our belongings and headed towards the front door to the

parking lot, the Plaintiffs family got in a white Mercedes Benz that clearly displays handicapped

plates, Det. Sarah Poellot, Det Bryan Feik and Commander Randy McNitt all got inside of a

Grey Chevy  Tahoo,  Det. Feik was driving Sarah Poellot was on the passenger side, Commander

9

McNitt was in the back, I told my family I was going to record, once we arrived a gentleman by the name of Nelson Gomez came running over to 594 Webster St, Lakewood Co, 80226, this property is owned by **CDOT since 1940**, Mr. Gomez stated that he gave Det, Sarah Poellot his thing **(TABLET)** Mr. Gomez stated Poellot asked him if his camera were working? Mr. Gomez's footage captured **Mrs. Dilworth being ABDUCTED at 4:36** in the morning on 7, 2023 January, Mr. Gomez thought he was helping the Defendants solve this case, but instead he caught their CRIME ON FOOTAGE. The Detectives did not show the family the ABDUCTION, instead they showed the Family video that they altered at the City of Lakewood in the CSI office, at 5:37 in the morning, this footage was captured as well. The Dets. Showed the family footage of Sarah Poellot pretending to be Mrs. Dilworth, there is video footage of the Grey Chevy Tahoe driving down the street and in the alley an hour later after Mrs. Dilworth was **ABDUCTED** and **Murdered** from the same LOCATION. **EXHIBTS SUBMITTED**

### 5. FIRST CLAIM FOR RELIEF
(*Monell* Claim Against Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, Title 18. Criminal Code 18-2-201 Conspiracy Act Title 18, U.S.C., Section 241) Conspiracy Against 241 - Conspiracy Against Rights Title 18, U.S.C., Section 242 – Deprivation of Rights Under Color of Law: Rights Title 18, U.S.C., Section Civil Rights Laws and Police Misconduct Federal Civil Rights Statutes Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act Title 18, U.S.C. Section

6. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein. The deprived of constitutional rights, as above alleged, occurred as a result of, during, or as a consequence of the execution of the policies, customs, or usages of the City of Lakewood, representing a deliberate or conscious choice by the

defendant municipality, adopted or maintained in deliberate indifference to the rights and

interests of its citizens, including deliberate indifference to citizens' health, and/or safety, and

which ratify unlawful acts and omissions by its officers. These policies, customs, or usages of the

City of Lakewood deprived the Plaintiffs and the Deceased of her rights, security, and liberties

guaranteed to him by the Constitution of the United States, made actionable pursuant to 42

U.S.C. § 1983 and *Monell v. Department of Social Services*, 436 U.S. 658, 98 S. Ct. 2018, 56 E.

Ed.2d 611 (1978) as elsewhere enumerated in this Complaint. The policies, customs and usages

of the City of Lakewood deliberate indifference and deprived Plaintiff of the right to be secure,

in his person and house, against unreasonable seizure, as guaranteed by the Fourth Amendment

and freedoms guaranteed by the Constitution of the United States and made actionable pursuant

to 42 U.S.C. § 1983. As a direct and proximate result of the above deliberate indifference and

violations of constitutional rights, Plaintiff suffered actual physical and emotional injuries in an

amount to be proven at trial.

7. **WHEREFORE,** Plaintiff demands Mayor Adam Paul, People for the State of Colorado, the

Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora,

Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County

Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr,

Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, judgment against the city of

Lakewood for actual, general, special, and compensatory damages in an amount sufficient to

compensate for losses. described in this Complaint, and further demands judgment against

Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The

Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant

Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court,

Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective

Bryan Feik, Agent Sherry, for the costs of this action, including attorney fees, both pre-

judgment and post-judgment interest, and such other relief deemed to be just and equitable.

### 8. SECOND CLAIM FOR RELIEF

(Against Defendants Pursuant to 42 U.S.C. § 1983, Excessive Force During Search and Seizure Murder in the first-degree Stat. 18-3- 101-107, **Section 18-3-103** Murder in the second degree, Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry.

9. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as

if those allegations were set forth fully herein. The deprivation of constitutional rights, as above

alleged, occurred as a result of, during, or as a consequence of the execution of the policies,

customs, or usages of the City of Lakewood, representing a deliberate or conscious choice by the

defendant municipality, adopted or maintained in deliberate indifference to the rights and

interests of its citizens, including deliberate indifference to citizens' health, and/or safety, and

which ratify unlawful acts and omissions by its officers. These policies, customs, or usages of the

City of Lakewood deprived the Plaintiffs and the Deceased of her rights, security, and liberties

guaranteed to him by the Constitution of the United States, made actionable pursuant to 42

U.S.C. § 1983 and *Monell v. Department of Social Services*, 436 U.S. 658, 98 S. Ct. 2018, 56 E.

Ed.2d 611 (1978) as elsewhere enumerated in this Complaint. The policies, customs and usages

of the City of Lakewood deliberate indifference and deprived Plaintiff of the right to be secure,

in his person and house, against unreasonable seizure, as guaranteed by the Fourth Amendment

and freedoms guaranteed by the Constitution of the United States and made actionable pursuant

12

to 42 U.S.C. § 1983.As a direct and proximate result of the above deliberate indifference and violations of constitutional rights, Plaintiff suffered actual physical and emotional injuries in an amount to be proven at trial.

10. **WHEREFORE,** Plaintiff demands judgment against Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry,the City of Lakewood for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses. described in this Complaint, and further demands judgment against Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed to be just and equitable.

11.THIRD CLAIM FOR RELIEF

Against Defendants Pursuant to 42 U.S.C. § 1983, Excessive Force During Search and Seizure Murder in the first-degree Stat. 18-3- 101-107, **Section 18-3-103** Murder in the second degree, Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry.

12. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein. The deprivation of constitutional rights, as above

13

alleged, occurred as a result of, during, or as a consequence of the execution of the policies,

customs, or usages of the City of Lakewood, representing a deliberate or conscious choice by the

defendant municipality, adopted or maintained in deliberate indifference to the rights and

interests of its citizens, including deliberate indifference to citizens' health, and/or safety, and

which ratify unlawful acts and omissions by its officers. These policies, customs, or usages of the

City of Lakewood deprived the Plaintiffs and the Deceased of her rights, security, and liberties

guaranteed to him by the Constitution of the United States, made actionable pursuant to 42

U.S.C. § 1983 and *Monell v. Department of Social Services*, 436 U.S. 658, 98 S. Ct. 2018, 56 E.

Ed.2d 611 (1978) as elsewhere enumerated in this Complaint.

> The policies, customs and usages of the City of Lakewood deliberate indifference and
>
> deprived Plaintiff of the right to be secure, in his person and house, against unreasonable
>
> seizure, as guaranteed by the Fourth Amendment and freedoms guaranteed by the
>
> Constitution of the United States and made actionable pursuant to 42 U.S.C. § 1983.
>
> As a direct and proximate result of the above deliberate indifference and violations of
>
> constitutional rights, Plaintiff suffered actual physical and emotional injuries in an amount to
>
> be proven at trial.

13. **WHEREFORE,** Plaintiff demands judgment against Mayor Adam Paul, People for the State

of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief

Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit,

Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent

Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, the City of

Lakewood for actual, general, special, and compensatory damages in an amount sufficient to

compensate for losses. described in this Complaint, and further demands judgment against

Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The

Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant

Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court,

Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective

Bryan Feik, Agent Sherry, for the costs of this action, including attorney fees, both pre-

judgment and post-judgment interest, and such other relief deemed to be just and equitable.

### 14. FOURTH CLAIM FOR RELIEF

**Witness Tampering C.R.S. 18-8-707** Against Tampering with a deceased human Body).
Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The
Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull,
Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero,
Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent
Sherry.

15. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as

if those allegations were set forth fully herein. The deprivation of constitutional rights, as above

alleged, occurred as a result of, during, or as a consequence of the execution of the policies,

customs, or usages of the City of Lakewood, representing a deliberate or conscious choice by the

defendant municipality, adopted or maintained in deliberate indifference to the rights and

interests of its citizens, including deliberate indifference to citizens' health, and/or safety, and

which ratify unlawful acts and omissions by its officers. These policies, customs, or usages of the

City of Lakewood deprived the Plaintiffs and the Deceased of her rights, security, and liberties

guaranteed to him by the Constitution of the United States, made actionable pursuant to 42

U.S.C. § 1983 and *Monell v. Department of Social Services*, 436 U.S. 658, 98 S. Ct. 2018, 56 E.

Ed.2d 611 (1978) as elsewhere enumerated in this Complaint.

15

The policies, customs and usages of the City of Lakewood deliberate indifference and deprived Plaintiff of the right to be secure, in his person and house, against unreasonable seizure, as guaranteed by the Fourth Amendment and freedoms guaranteed by the Constitution of the United States and made actionable pursuant to 42 U.S.C. § 1983. As a direct and proximate result of the above deliberate indifference and violations of constitutional rights, Plaintiff suffered actual physical and emotional injuries in an amount to be proven at trial.

**16. WHEREFORE,** Plaintiff demands judgment against Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit,

Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, the city of Lakewood for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses. described in this Complaint, and further demands judgment against Mayor Adam Paul, People for the State of Colorado, the Lakewood Police of Lakewood, The Lakewood Police Department, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry, for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed to be just and equitable.

## 17. FIFTH **CLAIM FOR RELIEF**
**(Against Defendants** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull,

Commmander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry **City of Lakewood People for the State of Colorado: Constitutional  Violation of Failure to Properly Train and Supervise 42 U.S.C. 1983 Police Liability for Negligence Training**

18. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein, Defendants City of Lakewood are the policy makers for the Lakewood Police Departments, and in that capacity, they collectively establish their policies, procedures, customs, and/or practices for police officers.  The Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry John Doe officers, under the oversight of the chief of police, are responsible for the training and supervision of officers with the Lakewood Police Departments, including but not limited to Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry. The policies, procedures, customs and/or practices established by the City of Lakewood and imparted by the supervising officers are implemented by officers of the Lakewood Police Departments. Defendants City of Lakewood have developed and maintained policies, procedures, customs, and practices exhibiting a deliberate indifference to the constitutional rights of persons in the City of Lakewood, which caused the violation of the Plaintiff Mrs. Dilworth's constitutional rights, as set forth above. The supervising officers failed to adequately train and supervise members of the Lakewood Police Departments with respect to the use of force, which failure caused the violation of

17

Plaintiff's constitutional rights as set forth above. Defendants City of Lakewood were aware of the lack of training given to officers in the Lakewood Police Departments in dealing with members of the public to be free from constitutional violations committed as described in this Complaint. If any training was given to police deputies regarding civil rights of members of the public to be free from constitutional violations, Defendants City of Lakewood knew that such training was reckless or grossly negligent and that further misconduct in that area was almost inevitable.

The infliction of injuries and deprivation of constitutional rights to the Plaintiff occurred as a result of or as a consequence of the execution of the policies, procedures, customs, or usages of Defendants City of Lakewood, policies representing a deliberate or conscious choice by Defendants City of Lakewood, adopted or maintained in deliberate indifference to the rights and interests of its citizens, and which ratify unlawful acts by its deputies, including but not limited to the following policies, customs or usages concerning the use of excessive force:

a. A policy of providing inadequate training in the use of excessive force. through the failure to require constitutionally adequate training.

b. A policy of non-prosecution and a tacit authorization of the use of excessive force by its officers involved in incidents of excessive force.

c. A policy, custom or usage of failure to discipline, sanction, or discharge officers involved in unjustified police brutality, including the failure to terminate or even sanction or reprimand police officers resulting in the practical and legal effect of ratification by Defendants, endorsing the irresponsible use of force as part of a tacit Defendants City of Lakewood policy of condoning such irresponsibility.

d. A policy of condoning and permitting the exercise of excessive force by officers, regardless of the circumstances,

e. A "cover-up" policy following police beatings; and

f. A failure to follow up and discipline officers who have been found responsible for excessive force situations.  Defendants City of Lakewood had a statutorily imposed duty to protect the constitutional rights of members of the public, including the Plaintiff from violations of those rights by members of these police departments. By failing to train such officers, including Defendants Officer Clifford, Sgt. Fahlsing, Sgt. Wagner, and Sgt. Currant, there was a violation of Plaintiff's constitutional rights. The direct result of Defendants City of Lakewood's failure to train was the violation of Plaintiff's rights, as previously described herein, resulting in Plaintiff's pain and suffering.

19.    **WHEREFORE** Plaintiff demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commmander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry **City of Lakewood People for the State of Colorado: Constitutional** for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against each of said defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

## 20.  SIXTH CLAIM FOR RELIEF
### (Violations of 42 U.S.C. § 1986 Refusing or Neglecting to Prevent)

Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

21.  Plaintiff incorporates by this reference the allegations set forth in all preceding

paragraphs, as if those allegations were set forth fully herein. At all times relevant to this Complaint,

Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department,

The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander

Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah,

Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the

Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant

Lakewood and Jefferson County. Acting under color of law and pursuant to official policy or custom,

Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department,

The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander

Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah,

Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with

gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional

police officer in their duties to refrain from:

    a. unlawfully and maliciously harassing a citizen who was acting in accordance with his

constitutional and statutory rights, privileges, and immunities.

    b. unlawfully and maliciously arresting a citizen who was acting in accordance with his

constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

22. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

23.    Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

24.    As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit,

21

Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

25. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

other relief deemed too just and equitable.

### 26.   SEVENTEENTH CLAIM FOR RELIEF
#### (Violations of 42 U.S.C. § 1986 Section 18-3-104 Manslaughter)

Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit,

Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

27. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

28. At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

29. Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

30. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

31. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

32. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit,

Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

33. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

### 34.. **EIGHTH CLAIM FOR RELIEF**

Section 18-3-105 Penal Code Section 42.08 **Abuse of Corpse, Violations of 42 U.S.C. § 1986)** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

35. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

36. At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

37.    Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

38. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

39. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

40. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs

above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the

United States and protected by 42 U.S.C. § 1983.

41. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul,

People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,

Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy

McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent

Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

jointly and severally, for actual, general, special, and compensatory damages in an amount

sufficient to compensate for losses described in this Complaint, and further demands

judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the

Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim

Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District

of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah

Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for

the costs of this action, including attorney fees, both pre-judgment and post-judgment

interest, and such other relief deemed too just and equitable.

42. **NINTEENTH  CLAIM FOR RELIEF**

Violations of 42 U.S.C. § 1986 Assault in the first-degree  **Murder  Section 18-3-301** First
degree kidnapping. Against, Mayor Adam Paul, People for the State of Colorado, the Lakewood
Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson,
Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado
Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective
Bryan Feik, Agent Sherry

43.  Plaintiff incorporates by this reference the allegations set forth in all preceding

28

paragraphs, as if those allegations were set forth fully herein.

44.  At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

45.      Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

46.  Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed.  Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

47.  Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

48.  As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

49.        **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

50. TENTH CLAIM FOR RELIEF

Violations of 42 U.S.C. § 1986 **Section 18-1.3-406 Mandatory sentences for violent Crimes** Against Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

51.  Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

52. At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

53.     Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

32

54. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

55. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

56. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

57.    **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

### 58. ELEVENTH CLAIM FOR RELIEF

Violations of 42 U.S.C. § 1986 Stat 18- 3-105 **Criminally negligent Homicide**, Against Defendants) Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

59. Plaintiff incorporates by this reference the allegations set forth in all preceding.

paragraphs, as if those allegations were set forth fully herein.

00. At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

61.    Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

62. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

63.    Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

64. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

65. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

66. TWELVETH  CLAIM FOR RELIEF

Violations of 42 U.S.C. § 1986 **18-3-102 C.R.S.):** Premeditated or knowing killings. Against Defendants) Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

87.  Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

68.  At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

69.      Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

70. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

71. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

72. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

73. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

### 74. THIRTEENTH CLAIMS FOR RELIEF Civil Rights Act of 1871, the Third Enforcement Act, or simply the Ku Klux Klan Act., Against

Defendants) Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

75. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

76.    At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

77.    Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

78. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed.  Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

79. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

80.  As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

81. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

### 82. FOURTEENTH CLAIMS FOR RELIEF
H.R.55 - Emmett Till Antilynching Act,
**Against)** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry

83. Plaintiff incorporates by this reference the allegations set forth in all preceding

paragraphs, as if those allegations were set forth fully herein.

84. At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

85. Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

    a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

    b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

    c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

    d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

86. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed.  Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

87. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.  As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his Constitutional and

statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

88. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

### 89. FIFEENTH CLAIMS FOR RELIEF
42 U.S.C. §274e. Organ Trafficking, C.R.S. Stat
**Against)** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry.

90.   Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

91.   At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

92.      Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

47

93.    Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

94.    Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

95.  As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

96. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

97. SIXEENTH CLAIMS FOR RELIEF
## 18-8-105 Accessory to Crime Section
**Against)** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry.
98.    Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

99.   At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

100. Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

101. Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

102. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

103. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his Constitutional

and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

104. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

105. SEVENEENTH CLAIMS FOR RELIEF
**18-3-206**  Menacing,
**Against)** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry.

106. Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

52

107.    At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

108.    Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

109.    Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

110.    Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

111. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

112. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

## 113.EIGHTTHEENTH CLAIMS FOR RELIEF
### 42 U.S.C. Title 18-3-602 Stalking.

**Against)** Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry.

114.  Plaintiff incorporates by this reference the allegations set forth in all preceding paragraphs, as if those allegations were set forth fully herein.

115.  At all times relevant to this Complaint, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as officers of the Lakewood Police Departments, were acting, respectively, under the direction and control of Defendant Lakewood and Jefferson County.

116.    Acting under color of law and pursuant to official policy or custom, Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry recklessly, or with gross negligence, failed to instruct, supervise, control, and discipline on a continuing basis additional police officer in their duties to refrain from:

a. unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

b. unlawfully and maliciously arresting a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities.

c. conspiring to violate the rights, privileges, and immunities guaranteed to Plaintiff by the Constitution and laws of the United States and the laws of the State of Colorado; and

d. otherwise depriving Plaintiff of his Constitutional and statutory rights, privileges, and immunities.

117.    Defendants had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so.

118.  Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry directly or indirectly, under the color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of other Officers.

119. As a direct and proximate cause of the negligent and intentional acts of Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry as set forth in the paragraphs above, Plaintiff suffered physical and mental injuries in connection with the deprivation of his

Constitutional and statutory rights guaranteed by the Fourth Amendment to the Constitution of the United States and protected by 42 U.S.C. § 1983.

110. **WHEREFORE** Plaintiff demands judgment against all Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police, Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry jointly and severally, for actual, general, special, and compensatory damages in an amount sufficient to compensate for losses described in this Complaint, and further demands judgment against Defendants Mayor Adam Paul, People for the State of Colorado, the Lakewood Police Department, The Lakewood Police,  Chief Edward Alora, Sergeant Tim Jacobson, Sergeant Turnbull, Commander Randy McNit, Jefferson County Courts, District of Colorado Court, Janell Guerrero, Agent Irennah, Agent Sentury Rohr, Detective Sarah Poellot, Detective Bryan Feik, Agent Sherry for punitive damages, and all defendants for the costs of this action, including attorney fees, both pre-judgment and post-judgment interest, and such other relief deemed too just and equitable.

## 111. PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief as follows:

1) Award compensatory and punitive damages in an amount to be determined at trial.

2) Interest, both pre-judgment and post-judgment, as allowed by law.

3) Award attorney fees and costs pursuant to 42 U.S.C. § 1988, and

4) Such other relief as the interests of justice require

**PLAINTIFF DEMANDS TRIAL TO A JURY ON ALL ISSUES SO TRIABLE.**

Dated this seventh day of April 22, 2024

Respectfully submitted,

By: /s/ LaTonya D. Davis
PO BOX 151164
Denver, CO 80215
Telephone: 303-517-5945
E-mail truth_ent@ymail.com

Certificate of Service

I certify that a copy of this Complaint was hand delivered to the Clerk of the Court on Thursday April 22, 2024, the Clerk of the Court will notify the Defendants via email EMCF: